

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2017

No. 04-17-00341-CR

Daniel Jeremy **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4390A
The Honorable Laura Lee Parker, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 6, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:  Matthew Allen                          Nicholas A. LaHood
     310 South St. Mary's, Ste. 1920        District Attorney, Bexar County
     San Antonio, TX 78205                  300 Dolorosa, Suite 4025
                                            San Antonio, TX 78205